IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Noble, a single woman on behalf of herself, and other similarly situated individuals,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Blue House Catering, Inc., an Arizona Corporation; Ron Wassell and Jane Doe Wassell, husband and wife,<br><br>　　　　　　Defendants. | No. 4:13-cv-00656-DCB<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　　The Court, having received and considered the parties' Stipulation to Dismiss With Prejudice (Doc. 13),

　　　**IT IS ORDERED** that this matter is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

　　　Dated this 5th day of March, 2014.

_____
David C. Bury
United States District Judge